IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 07 2022

BY
DEPUTY_____

| | |
|---|---|
| KIMBERLY HARMON<br>*Plaintiff,*<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE and BRYAN COLLIER, in his Official capacity as Executive Director,<br><br>*Defendants.* | CIVIL ACTION NO. 1:20-CV-00460<br>JUDGE MICHAEL J. TRUNCALE |

## JURY VERDICT FORM

### QUESTIONS RELATED TO DEFENDANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**Question No. 1**
Has Plaintiff Kimberly Harmon proved that Defendant Texas Department of Criminal Justice:

    a. Terminated Plaintiff Kimberly Harmon solely because of her disability?

        Answer "(Yes)" or "No."

        ___Yes___

    b. Failed to rehire Plaintiff Kimberly Harmon solely because of her disability?

        Answer "(Yes)" or "No."

        ___Yes___

**Question No. 2**
Has Plaintiff Kimberly Harmon proved that she would not have been terminated by Defendant Texas Department of Criminal Justice but for her:

    a. Requesting accommodations?

       Answer "Yes" or "No."

       ___yes___

    b. Filing complaints related to her disability?

       Answer "Yes" or "No."

       ___yes___

**Question No. 3**
Did Defendant Texas Department of Criminal Justice fail to reasonably accommodate Plaintiff Kimberly Harmon's disability?

Answer "Yes" or "No."

___yes___

**Question No. 4**
Has Plaintiff Kimberly Harmon proved that Defendant Texas Department of Criminal Justice failed to rehire her but for her:

    a. Filing a charge of discrimination with the Equal Employment Opportunity Commission (the EEOC)?

       Answer "Yes" or "No."

       ___yes___

    b. Requesting accommodations?

       Answer "Yes" or "No."

       ___yes___

    c. Filing complaints related to her disability?

       Answer "Yes" or "No."

       ___yes___

Case 1:20-cv-00460-MJT   Document 73   Filed 04/07/22   Page 3 of 5 PageID #: 1111

**Question No. 5**
Has Plaintiff Kimberly Harmon proved that Defendant Texas Department of Criminal Justice terminated Plaintiff Kimberly Harmon solely because of her having a record of diabetes, hypertension, or chronic lower-back pain and/or solely because of her being regarded as having diabetes, hypertension, or chronic lower-back pain?

Answer "Yes" or "No."



Yes

**Question No. 6**
What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Kimberly Harmon for the damages, if any, you have found Defendant Texas Department of Criminal Justice caused Plaintiff Kimberly Harmon?

Answer in dollars and cents for the following items and none other:

1. Past mental anguish, anxiety and emotional distress.

$  800,000

2. Wages and benefits from May 31, 2018 to April 7, 2022.

$  1,000,000

## QUESTIONS RELATED TO DEFENDANT BRYAN COLLIER

**Question No. 1**
Has Plaintiff Kimberly Harmon proved that Defendant Bryan Collier, in his official capacity as Executive Director of the Texas Department of Criminal Justice, terminated or failed to rehire Plaintiff Kimberly Harmon because of her disability?

Answer "Yes" or "No."



Yes

**Question No. 2**
Has Plaintiff Kimberly Harmon proved that she would not have been terminated by Defendant Bryan Collier, in his official capacity as Executive Director of Texas Department of Criminal Justice, but for her:

    a. Requesting accommodations?

        Answer "Yes" or "No."

        _Yes_

    b. Filing complaints related to her disability?

        Answer "Yes" or "No."

        _Yes_

**Question No. 3**
Did Defendant Bryan Collier, in his official capacity as Executive Director of Texas Department of Criminal Justice, fail to reasonably accommodate Plaintiff Kimberly Harmon's disability?

Answer "Yes" or "No."

_Yes_

**Question No. 4**
Has Plaintiff Kimberly Harmon proved that Defendant Bryan Collier, in his official capacity as Executive Director of Texas Department of Criminal Justice, failed to rehire her but for her:

    a. Filing a charge of discrimination with the Equal Employment Opportunity Commission (the EEOC)?

Answer "(Yes)" or "No."

_____yes_____

    b. Requesting accommodations?

Answer "(Yes)" or "No."

_____yes_____

    c. Filing complaints related to her disability?

Answer "(Yes)" or "No."

_____yes_____

**Question No. 5**
Has Plaintiff Kimberly Harmon proved that Defendant Bryan Collier terminated Plaintiff Kimberly Harmon because of her having a record of diabetes, hypertension, or chronic lower-back pain and/or because of her being regarded as having diabetes, hypertension, or chronic lower-back pain?

Answer "(Yes)" or "No."

_____yes_____

SIGNED on this 7th day of April 2022

[signature redacted]
**JURY FOREPERSON**