AO 187 (Rev. 7/87) Exhibit and Witness List"

## UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Texas__

KIMBERLY HARMON  
vs.  
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL

EXHIBIT AND WITNESS LIST

CASE NO. 1:20cv460

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MICHAEL J. TRUNCALE | Sra Richey, Clayton Craighead | Briana Webb, Sheaffer Fennessey |
| Trial Date(s) | COURT REPORTER | COURTROOM DEPUTY |
| 4/4/22 - 4/7/22 | April Hargett | Jill Veazey |

| PLTF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PLAINTIFF WITNESS LIST:** |
| 1 | | 4/4/22 - 4/5/22 | | | Kimberly Harmon |
| 2 | | 4/5/22 | | | John Werner, TDCJ Regional Director |
| 3 | | 4/5/22 - 4/6/22 | | | Marrisol Reyes, TDCJ HR Employee |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

page 1 of 1 Pages