IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KIMBERLY HARMON,<br><br>*Plaintiff*,<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and BRYAN COLLIER, in his official capacity as Executive Director,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:20-CV-00460<br>§  JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

From April 4, 2022, through April 7, 2022, the Court conducted a trial in the above referenced matter, including empaneling an impartial jury. After hearing the evidence from both parties, the jury returned a verdict in favor of Plaintiff Kimberly Harmon. The jury awarded Plaintiff $800,000 in damages for past mental anguish, anxiety, and emotional distress, and $1,000,000 in damages for wages and benefits. [Dkt. 74 at 3]. Because emotional distress damages are not recoverable under the Rehabilitation Act, *see* [Dkt. 106], Plaintiff's recovery is limited to the $1,000,000 damages award for wages and benefits, plus reasonable fees and costs. *See* [Dkt. 108].

It is therefore:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kimberly Harmon recover One Million Dollars ($1,000,000.00) from Defendants Texas Department of Criminal Justice and Bryan Collier, plus post-judgment interest, accruing from the date of this Final Judgment, at the rate provided by law.

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kimberly Harmon recover from Defendant Texas Department of Criminal Justice and Bryan Collier the following fees and

costs, plus post-judgment interest, accruing from the date of this Final Judgment, at the rate provided by law.

- $161,920.00 in attorney's fees for Mr. Clayton Craighead's services.
- $152,900.00 in attorney's fees for Ms. Sarah Richey's services.
- $9,652.50 in attorney's fees for Mr. Eric Ruiz's services.
- $1,016.00 in fees for Ms. Sara Rehem's services.
- $4,701.37 for costs.

**ORDERED, ADJUDGED, AND DECREED** that **THIS IS A FINAL JUDGMENT**, which disposes of all claims and causes of action, and is appealable. The Clerk of Court is **INSTRUCTED** to close this case and terminate all pending motions.

**SIGNED this 30th day of March, 2023.**

Michael J. Truncale
United States District Judge