**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| KIMBERLY HARMON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-00460 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | JUDGE MICHAEL J. TRUNCALE |
| JUSTICE, and BRYAN COLLIER, in his | § | |
| official capacity as Executive Director, | § | |
| | § | |
| *Defendants.* | § | |

**UNOPPOSED MOTION OF PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW AND REQUEST FOR EXPEDITED CONSIDERATION**

Sara Richey and The Richey Law Firm, PLLC, and Clayton Craighead and The Craighead Law Firm, PLLC (collectively, "Movants" or "the Firms"), counsel of record for Plaintiff Kimberly Harmon, respectfully move for leave to withdraw as counsel and, in support, show the Court as follows:

1. On August 17, 2026, Plaintiff Kimberly Harmon notified Movants in writing that she was terminating the Firms' representation, effective immediately, and requested delivery of her client file.

2. Withdrawal upon discharge is mandatory. See Tex. Disciplinary R. Prof'l Conduct 1.15(a)(3) (a lawyer "shall withdraw" from representation if "the lawyer is discharged, with or without good cause"); Local Rule AT-2 (attorneys practicing before this Court are subject to the Texas Disciplinary Rules of Professional Conduct). Because Movants are counsel of record, they seek the Court's leave to withdraw as required by Local Rule CV-11(c) and Rule 1.15(c).

3. This case is in a post-judgment posture on remand. On April 2, 2026, the Court granted in part Plaintiff's Omnibus Motion on Remand, remitting Plaintiff's backpay award to

$227,000 plus pre-judgment and post-judgment interest and leaving the awards of attorneys' fees and costs undisturbed. [Dkt. 131]. No trial setting is pending. Withdrawal will not delay these proceedings or prejudice any party.

4. Movants understand that an in-person session with Magistrate Judge Hawthorn remains set for Friday, August 21, 2026. In light of Plaintiff's termination of Movants' representation, Movants respectfully bring that setting to the Court's attention so that the Court may determine whether and how it should proceed, and Movants request expedited consideration of this Motion in advance of that date.

5. Plaintiff has been served with this Motion and has been notified of all settings and deadlines known to Movants, including Plaintiff's deadline to file her motion for new trial is now set for August 28, 2026 [Dkt. 138]. Because Plaintiff discharged Movants in writing, Plaintiff consents to the relief requested. Until the Court rules on this Motion, Movants will promptly forward to Plaintiff all communications, filings, and correspondence received in this matter.

6. Pursuant to Local Rule CV-11, Plaintiff's last known contact information is: Kimberly Harmon, 2701 14th Street, Port Arthur, Texas 77640; telephone: (409) 960-9733; email: kharmon123@yahoo.com. Unless and until successor counsel enters an appearance, Plaintiff will proceed pro se.

7. Contemporaneously with this Motion, the Firms are filing a Notice of Attorneys' Lien and Claimed Interest in Judgment and Proceeds. Movants respectfully request that any order granting withdrawal be without prejudice to the Firms' claimed interests, which the Firms will present by motion to intervene or as the Court otherwise directs.

For these reasons, Movants respectfully request that the Court grant expedited consideration of this Motion; permit Sara Richey, The Richey Law Firm, PLLC, Clayton

Craighead, and The Craighead Law Firm, PLLC to withdraw as counsel of record for Plaintiff Kimberly Harmon; direct the Clerk to update the docket with Plaintiff's contact information stated above; and grant such other and further relief to which Movants may be justly entitled.

Respectfully submitted,

By: *<u>/s/Clayton D. Craighead</u>*
Clayton D. Craighead

Sara Richey
Federal Bar No: 1147425
Texas Bar No. 24068763
Richey and Associates, Attorneys at Law, PLLC
fka The Richey Law Firm, PLLC
11777 Katy Freeway, Suite 335
Houston, TX 77079
Phone: 713-636-9931
sara@thericheylawfirm.com
ATTORNEY-IN-CHARGE

and

Clayton D. Craighead
Texas Bar No. 24065092
THE CRAIGHEAD LAW FIRM, PLLC
440 Louisiana, Suite 900
Houston, TX 77002
Phone: 832-798-1184
clayton.craighead@thetxlawfirm.com
CO-COUNSEL

*Withdrawing Counsel for Plaintiff*

**CERTIFICATE OF CONFERENCE**

On August 18, 2026, the undersigned conferred with Assistant Attorney General Briana Webb, counsel for Defendants, regarding the relief requested in this Motion, and Defendants are unopposed to that relief. Plaintiff terminated Movants' representation in writing on August 17, 2026, and consents to Movants' withdrawal.

/s/ Clayton D. Craighead
Clayton D. Craighead

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will serve all counsel of record, and was served on Plaintiff Kimberly Harmon by email and by certified mail, return receipt requested, at her last known address as described above.

/s/ Clayton D. Craighead
Clayton D. Craighead

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| KIMBERLY HARMON,<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE, and BRYAN COLLIER, in his official capacity as Executive Director,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO. 1:20-CV-00460<br><br>JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING MOTION OF PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW**

Before the Court is the Unopposed Motion of Plaintiff's Counsel for Leave to Withdraw filed by Sara Richey, The Richey Law Firm, PLLC, Clayton Craighead, and The Craighead Law Firm, PLLC (collectively, "Movants"). Having considered the Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED, and Movants are permitted to withdraw as counsel of record for Plaintiff Kimberly Harmon.

It is further ORDERED that Plaintiff shall proceed pro se unless and until successor counsel enters an appearance. The Clerk is DIRECTED to update the docket with Plaintiff's contact information — 2701 14th Street, Port Arthur, Texas 77640; telephone: (409) 960-9733; email: kharmon123@yahoo.com — and all further notices and filings shall be served on Plaintiff at that address.